UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PDM STEEL SERVICE CENTERS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TML DEVELOPMENT, LLC, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | Case No.: C 10-0776 PVT <br><br> **ORDER GRANTING REQUEST TO TRANSFER TO EASTERN DISTRICT OF CALIFORNIA** |

On February 26, 2010, Defendant TML Development, LLC ("TML") filed a Notice of Pendency of Other Action or Proceeding; Request to Transfer to Eastern District of California, pursuant to this court's Civil Local Rule 3-13.[1]  No opposition was filed within 14 days.  See, Civ.L.R. 3-13(c).  Based on the request and the file herein,

IT IS HEREBY ORDERED that Defendant TML's request to transfer is GRANTED.  The clerk of the court shall transfer this case to the Eastern District of California.

Dated: *March 22, 2010*

PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

Order, *page 1*